UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAFAEL BLANCO,

                                      Case No. 22 Civ. 5176

                          Plaintiff,

     -v-

MANOR MANAGEMENT LLC,
and BARRY GOTTEHRER,

                          Defendants
-----------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Rafael Blanco, and defendants Manor Management LLC and Barry Gottehrer, through their undersigned attorneys who state that they have been authorized to enter into this Stipulation, that the Parties have agreed to amicably resolve any and all claims by Plaintiff against the Defendants in this action, including claims under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and have authorized their undersigned counsel to stipulate, consent, and agree to dismiss all claims for relief against the Defendants with prejudice to Plaintiff. The terms of the Parties' Negotiated Settlement Agreement have been reviewed and approved by the Court. No attorneys' fees or costs will be awarded to any party by the Court, except as provided therein.

| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
|---|---|
| The Samuel Law Firm | Goldberg & Weinberger LLP |
| 1441 Broadway, Suite 6085 | 56 Dayton Road |
| New York, NY 10018 | Redding, CT 06896 |
| | |
| By: /s/ Michael Samuel | By: /s/ Lewis Steven Goldberg |
|       Michael Samuel |       Lewis Steven Goldberg |
| | |
| Dated: November 10, 2022 | Dated: November 10, 2022 |

The Court hereby approves the settlement and dismissal of the instant action with prejudice.

        SO ORDERED this 14th day of November, 2022

_____
KATHERINE POLK FAILLA
United States District Judge